# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| FROST PROS CORPORATION ) | CASE NO. 17-42736 |
| ) | CHAPTER 7 |
| DEBTOR ) | |

### TRUSTEE'S APPLICATION TO SELL 2007 STERLING SEMI TRUCK FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES WITH LIENS TO FOLLOW PROCEEDS AND NOTICE TO CREDITORS

TO DEBTOR, ITS CREDITORS, AND ALL PARTIES IN INTEREST:

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this application unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading _WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE_ shown in the certificate of service unless the court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The court reserves the right to set a hearing on any matter.**

The undersigned duly qualified and acting Trustee in the above styled and numbered cause, files this her Application and Notice to Sell Property of the Estate Free and Clear of all Liens, Claims and Encumbrances, with Liens to Follow Proceeds as granted by 11 U.S.C. Sec.363(f) and Fed.R.Bankr.P. 6004(c), and in support hereof, would show the court as follows:

This case was filed as a Chapter 7 on August 8, 2016 and I was appointed trustee, thereafter qualified and have continued to serve in that capacity.

In accordance with Rules 6004 and 2002 of the bankruptcy rules, notice is hereby given for the proposed sale of the debtor's interest in the following property at Public Auction:

**2007 Sterling Semi Truck**

Terms of the sale are as follows:

1. The trustee has filed an application to hire Auctioneer, Shattuck, LLC as her auctioneer (the "Auctioneer") to conduct a sale.
2. Sale will be a public auction.
3. Details of auction can be obtained by contacting the Auctioneer at 512-482-0274.
4. Terms are all cash.
5. Property is being sold "as is".
6. The Trustee makes no warranties of any kind.
7. Liens, if any, will follow proceeds. Trustee is not aware of any liens.

Trustee anticipates the costs of the sale to be the following:

1. Compensation of auctioneer:

10% "buyer's premium" collected from successful bidders
Expenses of approximately $ 1,000.00

WHEREFORE, the Trustee prays that the Court enter an order approving the Trustee's Application to Sell Property of the Estate Free and Clear of all Liens, Claims and Encumbrances, with liens to follow proceeds.

Dated:    February 8, 2018

/s/    Linda S. Payne
Linda S. Payne
Chapter 7 Bankruptcy Trustee
12770 Coit Road, Suite 541
Dallas, TX 75251
972-628-4904 Telephone
linda@paynetrustee.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties listed on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on February 8, 2018.

             /s/    Linda Payne
             Linda Payne

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 17-42736<br>Eastern District of Texas<br>Sherman<br>Thu Feb  8 10:31:47 CST 2018 | AT&T<br>c/o Bankruptcy<br>4331 Communications Dr, Flr 4W<br>Dallas TX 75211-1300 | Alpha Delta Inc<br>50 Redfield, Suite 301<br>Boston, MA 02122-3651 |
| Atmos Energy<br>P.O. Box 790311<br>St. Louis, MO 63179-0311 | Atmos Energy Corporation<br>Attn: Bankruptcy Group<br>PO Box 650205<br>Dallas TX  75265-0205 | BWS Fire Systems, Inc.<br>P.O. Box 1897<br>Lake Dallas, TX 75065-1897 |
| Breien & Angela Velde<br>1900 Wickersham Lane<br>Corinth, TX 76210-0033 | Breien Velde<br>1900 Wickersham Lane<br>Corinth, TX 76210-0033 | Brett Kaiser<br>Thermo King Christensen<br>7508 F Street<br>Omaha, NE 68127-1815 |
| Bruckner's Truck Sales, Inc<br>Corporate Billing Dept 959<br>PO Box 1000<br>Memphis, TN 38148-0959 | Byler Rivet<br>PO Box 154093<br>Irving, TX 75015-4093 | Capital One Bank (USA), N.A.<br>PO Box 60599<br>City of Industry, CA 91716-0599 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cintas Corporation #492<br>P.O. Box 650838<br>Dallas, TX 75265-0838 | City of Denton<br>PO Box 660150<br>Dallas, TX 75266-0150 |
| Class C Solutions Group<br>PO Box 78845<br>Milwaukee, WI 53278-8845 | Clean Reflections<br>PO BOX 51082<br>Denton TX 76206-1082 | Corbin Realty I, LP<br>c/o Mar-Properties, LTD<br>2281 N Masch Branch Rd<br>Ste 400<br>Denton, TX 76207-3257 |
| DFW Urethane<br>PO Box 1918<br>Forney, TX 75126-1918 | Denton Commercial Internet<br>PO Box 177<br>Aubrey, TX 76227-0177 | Denton County<br>c/o Lee Gordon<br>PO Box 1269<br>Round Rock, TX 78680-1269 |
| Denton County Tax Assessor<br>PO Box 90204<br>Denton, TX 76202-5204 | Denton Fire & Safety<br>P.O. Box 457<br>Denton, TX 76202-0457 | FleetPride<br>PO Box 847118<br>Dallas, TX 75284-7118 |
| Ford Credit<br>PO Box 650575<br>Dallas, TX 75265-0575 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Friedman & Feiger, LLP<br>5301 Spring Valley Rd. Ste 200<br>Dallas, TX 75254-2488 |
| Frost Pros Corporation<br>1900 Wickersham Lane<br>Corinth, TX 76210-0033 | George & Carol Stepp<br>4409 Bent Grass Way<br>Flower Mound, TX 75028-8716 | Global Equipment Company<br>11 Harbor Park Drive<br>Port Washington, NY 11050-4646 |

```
(p)MICHAEL REED OR LEE GORDON          GotoPremiumFinance.com              Hall Kahnon Kahn Car Automotive Services
PO BOX 1269                            PO Box 4312                         7031 Oak Park Drive
ROUND ROCK TX 78680-1269               Woodland Hills, CA 91365-4312       Richland Hills, TX 76118-6613


Charles B. Hendricks                   (p)IPFS CORPORATION                 Impress Graphics
Cavazos Hendricks Poirot, P.C.         30 MONTGOMERY STREET                733 Fort Worth Dr Suite 100
900 Jackson Street, Suite 570          SUITE 1000                          Denton, TX 76201-7100
Dallas, TX 75202-2413                  JERSEY CITY NJ 07302-3865


Internal Revenue Service               Klingspor Abrasives, Inc.           Lisa Hultz
PO Box 7346                            2555 Tate Blvd SE                   800 West Airport Fwy, Suite 900
Philadelphia, PA 19101-7346            HIckory, NC 28602-1445              Irving, TX 75062-6202


Mazon Associates, Inc.                 Mazon Associates, Inc.              NTTA
c/o Cavazos Hendricks Poirot & Smitham c/o Charles B. Hendricks            P.O. Box 660244
Attn: Charles B. Hendricks             900 Jackson Street, Ste. 570        Dallas, TX 75266-0244
900 Jackson Street, Suite 570          Dallas, TX 75202-4459
Dallas, TX 75202-2413


New Life Transport Parts Center        (p)O REILLY AUTOMOTIVE INC          Ogburn's Truck Parts
P.O. Box 9426                          P O BOX 1156                        P.O. Box 4630
Grand Rapids, MI 49509-0426            SPRINGFIELD MO 65801-1156           Fort Worth, TX 76164-0630


Paul Velde                             Linda S Payne                       Ready Refresh by Nestle
2210 Cedar Cove Way                    Chapter 7 Bankruptcy Trustee        PO Box 856680
Reston, VA 20191-4107                  12770 Coit Road, Suite 541          Louisville, KY 40285-6680
                                       Dallas, TX 75251-1366


Red Wing Store                         Ronald Phillips                     Secretary of State
1634 W. University Dr.                 1395 Maxwell Rd                     P.O. Box 12079
Denton, TX 76201-1765                  Haslet, TX 76052-4053               Austin, Texas 78711-2079


Service Lloyds Insurance Company       Tyler S. Sims                       Speed of Light Broadband Inc.
P.O. Box 674421                        Sims Law, PLLC                      P.O. Box 2927
Dallas, TX 75267-4421                  5601 Bridge St, Suite 300           Denton, TX 76202-2927
                                       Fort Worth, TX 76112-2355


Square 205                             State Comptroller                   TWC
111 E. University Dr #105-300          PO Box 149354                       101 E 15th St
Denton, TX 76209-2000                  Austin, TX 78714-9354               Austin, TX 78778-0001


Techvera                               Texas Department of Insurance       Texas Department of Public Safety
625 Dallas Dr #450                     P.O. Box 149104                     PO Box 4087
Denton, TX 76205-5298                  Austin, TX 78714-9104               Austin, TX 78773-0001
```

| | | |
|---|---|---|
| Texas Workforce Commission<br>P.O. Box 12548,MC-008<br>Austin, TX 78711-2548 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United Refrigeration, Inc.<br>PO Box 677036<br>Dallas, TX 75267-7036 | W & B Service Company<br>P.O. Box 842328<br>Dallas, TX 75284-2328 | Emily Scott Wall<br>Cavazos Hendricks Poirot, P.C.<br>900 Jackson St., Ste. 570<br>Dallas, TX 75202-2413 |
| Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 | Wells Fargo Equipment Finance<br>300 Tri-State International Suite 400<br>Lincolnshire, IL 60069-4417 | WestAir Gases & Equipment<br>P. O. Box 101420<br>Pasadena, CA 91189-1420 |
| Stephen G. Wilcox<br>Wilcox Law, PLLC<br>P.O. Box 11509<br>Fort Worth, TX 76110-0509 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit Company, LLC<br>P.O. Box 62180<br>Colorado Springs, CO  80962 | Lee Gordon<br>McCreary Veselka Bragg & Allen, PC<br>PO Box 1269<br>Round Rock, TX 78665 | IPFS Corporation<br>PO BOX 730223<br>Dallas TX 75373-0223 |
| O'Reilly  Automotive, Inc.<br>P.O. Box 9464<br>Springfield, MO 65801-9464 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ford Motor Credit Company LLC | (d)Frost Pros Corporation<br>1900 Wickersham Lane<br>Corinth, TX 76210-0033 | (d)Linda S Payne<br>Chapter 7 Bankruptcy Trustee<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251-1366 |

End of Label Matrix
Mailable recipients     69
Bypassed recipients      3
Total                   72